THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
E-mail kevin.finn@usdoj.gov
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone:  (213) 894-6739
        Fax:          894-7327

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| Jie LIU, | ) | NO.  CV 07-7384 AHM (SHx) |
| | ) | |
| Plaintiff, | ) | ORDER APPROVING STIPULATION |
| | ) | FOR COMPROMISE SETTLEMENT |
| v. | ) | AND DISMISSING CASE |
| | ) | |
| Michael Chertoff, Secretary, | ) | |
| Department of Homeland | ) | |
| Security, Emilio T. Gonzales, | ) | |
| U.S. Citizenship and | ) | |
| Immigration Service (USCIS), | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Stipulation for Compromise Settlement and to Dismiss Case the parties filed.

THE COURT HEREBY ORDERS that the Stipulation for Compromise Settlement and to Dismiss Case is approved and this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees. Make JS-6.

Dated: February 6, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

1